IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLUWATOYIN SOLARIN | Criminal Action No.<br><br>1:16-CR-206-TWT-JSA |

### Government's Motion for Leave to File Dismissal

It appearing that defendant has pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371, in Criminal Action Number 1:16-CR-392-TWT, the remaining counts in the above-styled case, Criminal Action Number 1:16-CR-206-TWT-JSA, are dismissed as to Oluwatoyin Solarin and Movant prays leave of Court to file the same.

Respectfully submitted,

JOHN A. HORN
*United States Attorney*

By: Thomas J. Krepp
*Assistant United States Attorney*
Georgia Bar No. 346781
Thomas.Krepp@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

### Order

Now, to-wit, on the __14__ day of __Feb__, 20__17__, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE